■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LAINO, Appellant. [880 NYS2d 493]—Appeal by the defendant from a resentence of the County Court, Dutchess County

(Dolan, J.), imposed August 1, 2006, upon an amended judgment of the same court, rendered March 7, 2006, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, and imposing a sentence of imprisonment upon his previous conviction of assault in the second degree.

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.